UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KATERINA LIBRIZZO,<br><br>  Plaintiff<br><br>v.<br><br>THE BERKSHIRE COMPANIES LIMITED PARTNERSHIP d/b/a THE BERKSHIRE GROUP, BERKSHIRE PROPERTY ADVISORS, L.L.C., BERKSHIRE INCOME REALTY, INC., and BERKSHIRE FINANCIAL COMPANY LIMITED PARTNERSHIP,<br><br>  Defendants. | CIVIL ACTION<br>NO. 05 CV 10918MLW |

## ANSWER OF THE DEFENDANTS

The defendants hereby answer the plaintiff's complaint as follows (paragraphs below correspond to paragraphs of complaint):

1. The defendants admit that the plaintiff has made allegations of unlawful discrimination on the basis of gender and pregnancy, and unlawful retaliation. The defendants deny that any unlawful discrimination or retaliation occurred and deny all remaining averments of Paragraph one.

2. The defendants deny the averments of Paragraph 2.

3. The defendants deny the averments of Paragraph 3.

4. The defendants are without knowledge or information sufficient to form a belief as to the truth of the averments of Paragraph 4.

5. The defendants are without knowledge or information sufficient to form a belief as to the truth of the averments of Paragraph 5.

6. The defendants are without knowledge or information sufficient to form a belief as to the truth of the averments of Paragraph 6.

7.     The defendants are without knowledge or information sufficient to form a belief as to the truth of the averments of Paragraph 7.

8.     The defendants admit that The Berkshire Companies Limited Partnership is a duly organized limited partnership with a usual place of business at One Beacon Street, Boston, Massachusetts, but are without knowledge or information sufficient to form a belief as to the truth of the remaining averments of Paragraph 8.

9.     The defendants admit that Berkshire Property Advisors, L.L.C., is a duly organized limited liability company with a usual place of business at One Beacon Street, Boston, Massachusetts, but are without knowledge or information sufficient to form a belief as to the truth of the remaining averments of Paragraph 9.

10.    The defendants admit that Berkshire Income Realty, Inc., is a duly organized corporation with a usual place of business at One Beacon Street, Boston, Massachusetts, but are without knowledge or information sufficient to form a belief as to the truth of the remaining averments of Paragraph 10.

11.    The defendants admit that Berkshire Financial Company Limited Partnership is a duly organized limited partnership with a usual place of business at One Beacon Street, Boston, Massachusetts, but are without knowledge or information sufficient to form a belief as to the truth of the remaining averments of Paragraph 10.

12.    The defendants admit that the plaintiff was employed by Berkshire Financial Company Limited Partnership, but deny the remaining averments of Paragraph 12.

13.    The defendants admit that the plaintiff was pregnant during her employment, but are without knowledge or information sufficient to form a belief as to truth of the remaining averments of Paragraph 13.

14.    The defendants deny the averments of Paragraph 14.

15.     The averments of this Paragraph contain a legal statement to which no response is required.  To the extent that a response is required, the defendants admit the averments of Paragraph 15.

16.     The defendants deny the averments of Paragraph 16.

17.     The defendants are without knowledge or information sufficient to form a belief as to the truth of the averments of Paragraph 17.

18.     The defendants deny the averments of Paragraph 18.

19.     The defendants deny the averments of Paragraph 19.

20.     The defendants deny the averments of Paragraph 20.

21.     The defendants deny the averments of Paragraph 21.

22.     The defendants deny the averments of Paragraph 22.

23.     The defendants deny the averments of Paragraph 23.

24.     The defendants admit that the plaintiff's counsel sent the defendant a letter, dated November 4, 2003, which asserted various allegations about the defendants.  The defendants state that the letter speaks for itself and denies all averments of Paragraph 24 to the extent they are inconsistent with the letter.

25.     The defendants deny the averments of Paragraph 25.

26.     The defendants deny the averments of Paragraph 26.

27.     The defendants deny the averments of Paragraph 27.

28.     The defendants deny the averments of Paragraph 28.

29.     The defendants deny the averments of Paragraph 29.

30.     The defendants deny the averments of Paragraph 30.

31.     The defendants deny the averments of Paragraph 31.

32.     The defendants deny the averments of Paragraph 32.

33. The defendants deny the averments of Paragraph 33.

34. The defendants are without knowledge or information sufficient to form a belief as to the truth of the averments of Paragraph 34.

35. The defendants admit that the plaintiff filed a Complaint with the Massachusetts Commission Against Discrimination, but are without knowledge or information sufficient to form a belief as to the truth of the remaining averments of Paragraph 35.

36. The defendants state that the plaintiff's complaint with the Massachusetts Commission Against Discrimination speaks for itself and deny all averments of Paragraph 36 to the extent they are inconsistent with the complaint.

37. The defendants are without knowledge or information sufficient to form a belief as to the truth of the averments of Paragraph 37.

38. The defendants are without knowledge or information sufficient to form a belief as to the truth of the averments of Paragraph 38.

## COUNT I

39. The defendants adopt by reference their answers to Paragraphs 1 through 38 as set forth above.

40. The defendants deny the averments of Paragraph 40.

41. The defendants deny the averments of Paragraph 41.

42. The defendants are without knowledge or information sufficient to form a belief as to the truth of the averments of Paragraph 42.

43. The defendants are without knowledge or information sufficient to form a belief as to the truth of the averments of Paragraph 43.

44. The defendants are without knowledge or information sufficient to form a belief as to the truth of the averments Paragraph 44, but deny that the plaintiff is entitled to judgment as demanded.

## COUNT II

45. The defendants adopt by reference their answers to Paragraphs 1 through 44 as set forth above.

46. The defendants deny the averments of Paragraph 46.

47. The defendants deny the averments of Paragraph 47.

48. The defendants are without knowledge or information sufficient to form a belief as to the truth of the averments of Paragraph 48.

49. The defendants admit the averments of Paragraph 49.

50. The defendants are without knowledge or information sufficient to form a belief as to the truth of the averments of Paragraph 50.

51. The defendants are without knowledge or information sufficient to form a belief as to the truth of the averments of Paragraph 51, but deny that the plaintiff is entitled to judgment as demanded.

## COUNT III

52. The defendants adopt by reference their answers to Paragraphs 1 through 51 as set forth above.

53. The defendants deny the averments of Paragraph 53.

54. The defendants deny the averments of Paragraph 54.

55. The defendants are without knowledge or information sufficient to form a belief as to the truth of the averments of Paragraph 55.

56. The defendants are without knowledge or information sufficient to form a belief as to the truth of the averments of Paragraph 56.

57. The defendants are without knowledge or information sufficient to form a belief as to the truth of the averments of Paragraph 57, but deny that the plaintiff is entitled to judgment as demanded.

## COUNT IV

58. The defendants adopt by reference their answers to Paragraphs 1 through 57 as set forth above.

59. The defendants deny the averments of Paragraph 59.

60. The defendants deny the averments of Paragraph 60.

61. The defendants are without knowledge or information sufficient to form a belief as to the truth of the averments of Paragraph 61.

62. The defendants admit the averments of Paragraph 62.

63. The defendants are without knowledge or information sufficient to form a belief as to the truth of the averments of Paragraph 63.

64. The defendants are without knowledge or information sufficient to form a belief as to the truth of the averments of Paragraph 64, but deny that the plaintiff is entitled to judgment as demanded.

## AFFIRMATIVE DEFENSES

1. The defendant's decision to terminate the plaintiff was based upon legitimate business reasons.

2. This action is untimely and has not been commenced within the applicable Statute of Limitations.

3. The plaintiff has failed to mitigate her damages.

4.	The plaintiff is estopped from recovery by her own acts.

5.	The plaintiff has waived any right to recovery.

6.	The alleged damages were caused, if at all, by the acts or omissions of independent third parties for whose conduct the defendants are not legally responsible.

7.	The plaintiff has failed to satisfy all prerequisites for filing suit.

8.	The plaintiff's complaint fails to set forth a claim upon which relief may be granted against those entities for whom she was not employed.

9.	This action is barred by the doctrine res judicata.

**THE DEFENDANTS DEMAND TRIAL BY JURY.**

    The defendants
By their Attorneys:

_____
Joseph H. Aronson
BBO #022070
McCORMACK & EPSTEIN
One International Place
Boston, MA 02110
(617) 951-2929

74016.1