# UNITED STATES DISTRICT COURT

District of     Massachusetts

Katerina Librizzo

**SUMMONS IN A CIVIL CASE**

    V.

Berkshire Income Realty, INc., et al

**CASE NUMBER:**

# 05 10918MLW

TO: (Name and address of Defendant)

Berkshire Property Advisors, L.L.C.
One Beacon Street, Suite 1500
Boston, MA 02108

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Sol J. Cohen
Cohen & Sales
43 Thorndike Street
Cambridge, MA 02141

an answer to the complaint which is herewith served upon you, within _____twenty_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK                      DATE      5-4-05

(By) DEPUTY CLERK

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE |
|---|---|
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                Date              *Signature of Server*

                        _____
                              *Address of Server*

**Suffolk County Sheriff's Department** • 45 Bromfield Street • Boston, MA 02108 • (617) 989-6999

*Suffolk, ss.*

May 2, 2005
I hereby certify and return that on 5/13 2005 at 9:45AM I served a true and attested copy of the Summons and Complaint in this action in the following manner:
To wit, by delivering in hand to M.Scott, agent and person in charge at the time of service for Berkshire Property Advisors LLC, at , One Beacon Street, Suite500 Boston, MA 02108. U.S. District Court Fee ($5.00), Basic Service Fee (IH) ($30.00), Postage and Handling ($1.00), Attest.Copies ($5.00) Total Charges $41.00

_____
                          *Deputy Sheriff*

Deputy Sheriff  George Slyva