# UNITED STATES DISTRICT COURT

District of _____Massachusetts_____

Katerina Librizzo

V.

Berkshire Income Realty, Inc., et al

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

# 05-10918MLW

TO: (Name and address of Defendant)

Berkshire Financial Company Limited Partnership
One Beacon Street, Suite 1500
Boston, MA 02108

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Sol J. Cohen
Cohen & Sales
43 Thorndike Street
Cambridge, MA 02141

an answer to the complaint which is herewith served upon you, within ___twenty___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

(By) DEPUTY CLERK

DATE   5-4-05

**Suffolk County Sheriff's Department** • 45 Bromfield Street • Boston, MA 02108 • (617) 989-6999

*Suffolk, ss.*

May 1, 2005
I hereby certify and return that on 5/13/2005 at 9:45AM I served a true
and attested copy of the Summons and Complaint in this action in the
following manner: To wit, by delivering in hand to M.Scott, agent and
person in charge at the time of service for Berkshire Financial Company
Limited Partnership, at , One Beacon Street the, Suite1300 Boston, MA
02108. U.S. District Court Fee ($5.00), Basic Service Fee (IH) ($30.00),
Postage and Handling ($1.00), Attest/Copies ($5.00) Total Charges $41.00

*Deputy Sheriff*

Deputy Sheriff   George Silva

☐ Other (specify)

---

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          |       |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____          _____
                    Date                    *Signature of Server*

                                       _____
                                            *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.