# UNITED STATES DISTRICT COURT

District of _____Massachusetts_____

Katerina Librizzo

v.

Berkshire Income Realty, INc., et al

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**05 10918MLW**

SCANNED
DATE: 5-31-05
BY: [signature]

TO: (Name and address of Defendant)

Berkshire Income Realty, Inc.
One Beacon Street, Suite 1500
Boston, MA 02108

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Sol J. Cohen
Cohen & Sales
43 Thorndike Street
Cambridge, MA 02141

an answer to the complaint which is herewith served upon you, within __twenty__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

S___A___ ___RNTON                                    5-4-05

CLERK                                                DATE

(By) DEPUTY CLERK

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

　　Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

　　I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
　　　　　　　　　Date　　　　　　　Signature of Server

　　　　　　　　　　　　　　　　　Address of Server

**Suffolk County Sheriff's Department** • 45 Bromfield Street • Boston, MA 02108 • (617) 989-6999

Suffolk, ss.

May 1, 2005

I hereby certify and return that on 5/17/2005 at 9:15AM I served a true and attested copy of the Summons and Complaint in this action in the following manner: To wit, by delivering in hand to M.Scott, agent and person in charge at the time of service for Bernstein Realty, Inc., at, One Beacon Street Inc, Suite 1500 Boston, MA 02108. U.S. District Court Fee ($5.00), Basic Service Fee (IH) ($30.00), Postage and Handling ($1.00), Attest/Copies ($5.00) Total Charges $41.00

　　　　　　　　　　　　　　　　　　　　　Deputy Sheriff

Deputy Sheriff George Silva

(1) A