UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KATERINA LIBRIZZO,<br><br>    Plaintiff<br><br>v.<br><br>THE BERKSHIRE COMPANIES LIMITED PARTNERSHIP d/b/a THE BERKSHIRE GROUP, BERKSHIRE PROPERTY ADVISORS, L.L.C., BERKSHIRE INCOME REALTY, INC., and BERKSHIRE FINANCIAL COMPANY LIMITED PARTNERSHIP,<br>    Defendants. | CIVIL ACTION<br>NO. 05 CV 10918MLW |

## LOCAL RULE 7.3(A) STATEMENT OF DEFENDANTS

The defendants, THE BERKSHIRE COMPANIES LIMITED PARTNERSHIP d/b/a THE BERKSHIRE GROUP, BERKSHIRE PROPERTY ADVISORS, L.L.C., BERKSHIRE INCOME REALTY, INC., and BERKSHIRE FINANCIAL COMPANY LIMITED PARTNERSHIP, in accordance with Local Rule 7.3(A), state that none own ten percent or more of stock of any publically held companies.

    Respectfully submitted,

    The defendants,

    By their Attorneys,

    Joseph H. Aronson, BBO # 022070
    Michael J. McCormack, BBO # 329680
    Laura Ryan, BBO # 653793
    McCORMACK & EPSTEIN
    One International Place
    Boston, MA 02110
    (617) 951-2929

75335.1