UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KATERINA LIBRIZZO,<br><br>    Plaintiff<br><br>v.<br><br>THE BERKSHIRE COMPANIES LIMITED PARTNERSHIP d/b/a THE BERKSHIRE GROUP, BERKSHIRE PROPERTY ADVISORS, L.L.C., BERKSHIRE INCOME REALTY, INC., and BERKSHIRE FINANCIAL COMPANY LIMITED PARTNERSHIP,<br>    Defendants. | CIVIL ACTION<br>NO. 05 CV 10918MLW |

## RULE 26(a)(1) AUTOMATIC DISCLOSURES OF DEFENDANTS

The defendants THE BERKSHIRE COMPANIES LIMITED PARTNERSHIP d/b/a THE BERKSHIRE GROUP, BERKSHIRE PROPERTY ADVISORS, L.L.C., BERKSHIRE INCOME REALTY, INC., and BERKSHIRE FINANCIAL COMPANY LIMITED PARTNERSHIP hereby make the following disclosures pursuant to Fed. R. Civ. P. 26(a)(1):

Individuals With Discoverable Information

1. Christopher Nichols, The Berkshire Group, One Beacon Street, Suite 1500, Boston, MA 02108, (617) 646-2300;
2. Kelly R. McKusker, 7106 Tantworth Drive, Springfield, VA 22152;
3. Wayne Zarozny, The Berkshire Group, One Beacon Street, Suite 1500, Boston, MA 02108, (617) 646-2300;
4. Dan Stravinski, The Berkshire Group, One Beacon Street, Suite 1500, Boston, MA 02108, (617) 646-2300;
5. Melissa Morris, The Berkshire Group, One Beacon Street, Suite 1500, Boston, MA 02108, (617) 646-2300;
6. Heather Zimmer, PriceWaterhouseCooper.

The foregoing individuals may have some knowledge regarding the termination of Katerina Librizzo from her position as a Senior Accountant for Berkshire Financial Company, Limited Partnership, and performance issues leading up to that termination.

Documents

1. Job posting for Senior Accountant position at Berkshire Group;
2. Berkshire Group Employee Handbook;
3. September 21, 2000 Memo from Chris Nichols to Katerina Librizzo Personnel file, & Wayne Zarozny re "2001 Review Goals" List of established goals for Katerina Librizzo in 2001;
4. September 2000 Annual Evaluation of Katerina Librizzo;
5. September 2002 Annual Evaluation of Katerina Librizzo;
6. September 2003 Annual Evaluation of Katerina Librizzo;
7. Copy of Quarterly filing for Berkshire Income Realty, Inc. for the three months ending September 30, 2003, prepared by Ms. Librizzo with supervisor's corrections and notations;
8. October 22, 2003 Email from Katerina Librizzo to Chris Nichols & Kelly McCusker discussing Katerina Librizzo's ability to work enough hours to complete work assignments;
9. October 22, 2003 Memo from Chris Nichols to Katerina Librizzo, Kelly McCusker, Personnel File, & Dan Stravinski stating Katerina Librizzo's responsibilities and options regarding her employment;
10. October 30, 2003 Memo from Kelly McCusker to Personnel File, Dan Stravinski and Chris Nichols re "Katerina Librizzo Work Hour's;"
11. October 30, 2003 Email from Dan Stravinski to Katerina Librizzo confirming doctors note re working only 40 hours per week with explanation of overtime as essential function of a Senior Accountant position;
12. October 30, 2003 Memo from Kelly McCusker to Personnel File, Dan Stravinski and Chris Nichols re "Katerina Librizzo's Work Performance in Relation to Q3;"
13. November 10, 2003 Letter confirming Katerina Librizzo's notification of family leave with explanation of employees rights and responsibilities regarding family leave;
14. May 12, 2004 Memo from Chris Nichols and Kelly McCusker to Personnel File & Dan Stravinski re "Katerina Librizzo's Termination" containing detailed history of events leading to Katerina Librizzo's 's termination;
15. S-11 Prospectus for Berkshire Income Realty, Inc; and
16. Katerina Librizzo's personnel file.

All of the foregoing documents are in the possession of the Berkshire Group, One Beacon Street, Suite 1500, Boston, MA 02108.

Insurance Agreements

The defendant will make available any insurance agreement which may provide coverage for the claims asserted in this lawsuit.

Respectfully submitted,

By its Attorneys,

Joseph H. Aronson, BBO # 022070
Michael J. McCormack, BBO # 329680
Laura Ryan, BBO # 653793
McCORMACK & EPSTEIN
One International Place
Boston, MA 02110
(617) 951-2929

74669.1