UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 05-10918-MLW

_____
                                                  )
KATERINA LIBRIZZO                        )
                                                  )
     Plaintiff                            )
                                                  )
v.                                                     )
                                                  )
THE BERKSHIRE COMPANIES LIMITED     )
PARTNERSHIP, d/b/a THE BERKSHIRE       )
GROUP, BERKSHIRE PROPERTY              )
ADVISORS, L.L.C., BERKSHIRE INCOME    )
REALTY, INC. and BERKSHIRE FINANCIAL )
COMPANY LIMITED PARTNERSHIP          )
                                                  )
     Defendants                        )
_____)

## **PLAINTIFF'S REPORT AS TO MAGISTRATE JUDGE TRANSFER**

      NOW COMES Katerina Librizzo, the plaintiff in the above-entitled action, and hereby reports that she does not assent to transfer to Magistrate Judge for all purposes.


Respectfully submitted,
For the plaintiff,



_____/s/_____
Sol J. Cohen
BBO # 630776
COHEN & SALES
43 Thorndike Street
Cambridge, MA 02141
(617) 621-1151