UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

## **ORDER OF REFERENCE**

Check if previously referred

<u>KATERINA LIBRIZZO</u>

      V.                      CA No. <u>05-10918-MLW</u>

<u>THE BERKSHIRE CO. LTD PARTNERSHIP et al</u>

In accordance with 28 U.S.C. §636 and the Rules for United States Magistrates in the United States District Court for the District of Massachusetts, the above-entitled case is referred to Magistrate Judge <u>Sorokin</u> for the following proceedings:

(A)   X   Referred for full pretrial case management, including all dispositive motions.

(B)         Referred for full pretrial case management, <u>not</u> including dispositive motions:

(C)         Referred for discovery purposes only.

(D)         Referred for Report and Recommendation on:

        ( ) Motion(s) for injunctive relief
        ( ) Motion(s) for judgment on the pleadings
        ( ) Motion(s) for summary judgment
        ( ) Motion(s) to permit maintenance of a class action
        ( ) Motion(s) to suppress evidence
        ( ) Motion(s) to dismiss
        ( ) Post Conviction Proceedings[1]
  See Documents Numbered: _____

(E)         Case referred for events only. See Doc. No(s). _____

(F)         Case referred for settlement.

(G)         Service as a special master for hearing, determination and report, subject to the terms of the special order filed herewith:
        ( ) In accordance with Rule 53, F.R.Civ.P.
        ( ) In accordance with 42 U.S.C. 2000e-5(f)(5)

(H)         Special Instructions: _____

<u>August 11, 2005</u>                                  By:    <u>/s/ Dennis O'Leary</u>
Date                                                    Deputy Clerk   **(order-ref-mag.wpd - 05/2003)**

---

[1] See reverse side of order for instructions