UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 05-10918-MLW

_____
                                            )
KATERINA LIBRIZZO                           )
                                            )
       Plaintiff                            )
                                            )
v.                                          )
                                            )
THE BERKSHIRE COMPANIES LIMITED             )
PARTNERSHIP, d/b/a THE BERKSHIRE            )
GROUP, BERKSHIRE PROPERTY                   )
ADVISORS, L.L.C., BERKSHIRE INCOME          )
REALTY, INC. and BERKSHIRE FINANCIAL        )
COMPANY LIMITED PARTNERSHIP                 )
                                            )
       Defendants                           )
_____)

## JOINT STATEMENT

NOW COME the parties in the above-entitled matter and submit their Joint Statement pursuant to Rule 16.1 of the Local Rules for the United States District Court for the District of Massachusetts:

### I. DISCOVERY PLAN

A.   PHASE 1:   For developing information required for a realistic assessment of the case:

1.   The parties will serve initial written discovery requests, including Interrogatories and Requests for Production of Documents pursuant to Rules 33 and 34 on or before September 30, 2005;

2.   The parties will serve their responses to initial written discovery requests on or before November 30, 2005;

   3.   The parties will complete depositions of any fact witnesses by January 31, 2006.

B.  PHASE 2:   For developing information required to prepare for trial, if necessary.

1.  The parties will disclose their experts to each other no later than February 28, 2006;

2.  The parties will complete depositions of experts by March 31, 2006.

3.  The parties will complete all discovery by March 31, 2006.

## II.   PROPOSED MOTION FILING SCHEDULE

A.  The parties will file and serve Rule 56 Motions for Summary Judgment by April 30, 2006;

B.  The parties will file and serve their oppositions to Rule 56 Motions for Summary Judgment by May 31, 2006.

## III. OUTLINE OF PROPOSED PRE-TRIAL SCHEDULE

A.  The parties agree to a discovery deadline of March 31, 2006.

B.  The parties propose that the Court hold the Final Pre-Trial Conference on or before June 15, 2006;

C.  The parties propose that the Court finally dispose of this matter before July 31, 2006.

## IV.   CONSENT TO TRIAL BY MAGISTRATE JUDGE

The parties have conferred regarding the possibility of trial by Magistrate Judge. At this time, the plaintiff does not consent to trial by Magistrate Judge.

V.   SETTLEMENT

The plaintiff has made a demand for settlement. Defendants have agreed to review the demand and will be prepared to respond at the Scheduling Conference. The parties agree to confer relative to the possibility of alternative dispute resolution, and have agreed to hold this issue pending the initial discovery and development of the case.

Respectfully submitted,

For the plaintiff,                                                                  For all defendants,


_____/s/_____                              _____/s/_____
Sol J. Cohen                                                           Joseph H. Aronson
BBO # 630776                                                       BBO # 022070
COHEN & SALES                                                  McCormack & Epstein
43 Thorndike Street                                               One International Place
Cambridge, MA 02141                                          Boston, MA 02110
(617) 621-1151                                                       (617) 951-2929