| | | |
|---|---|---|
| ROBERT D. EPSTEIN | **McCORMACK & EPSTEIN** | DAVID T. MITROU**** |
| MICHAEL J. McCORMACK | **ATTORNEYS AT LAW** | ROBERT J. MASELEK, JR. |
| MARK E. COHEN | **ONE INTERNATIONAL PLACE** | ERIC L. BRODIE** |
| JOSEPH H. ARONSON*** | SEVENTH FLOOR | SUSAN N. GRANOFF |
| BRIAN C. DUFFEY | **BOSTON, MASSACHUSETTS 02110** | DONNA E. HESS |
| AMY M. SOISSON | **TELEPHONE (617) 951-2929** | SYLVIA CHU**** |
| MARC L. LACASSE | **TELECOPIER (617) 951-2672** | GERALD S. FRIM* |
| STEPHEN ROSENBERG | | LAURA G. RYAN* |
| | | ERICA L. SILVERMAN**** |

\* ALSO ADMITTED IN CA
\*\* ALSO ADMITTED IN IL
\*\*\* ALSO ADMITTED IN NH
\*\*\*\* ALSO ADMITTED IN NY
+ ADMITTED IN NY ONLY

LISA SOLOMON+
CAROLINE M. FIORE
OF COUNSEL

E-Mail: jaronson@mc-ep.com

August 22, 2005

Clerk's Office
United States District Court
for the District of Massachusetts
John J. Moakley U.S. Courthouse
One Courthouse Way
Boston, MA  02210

    Re:   <u>Katerina Librizzo  v.  The Berkshire Companies Limited Partnership, et al</u>
          Civil Action No.:  05-CV-10918MLW
          M&E File No.:  7469

Dear Sir/Madam:

    Enclosed for filing, in the regard to the above-referenced matter, please find the following document:

    1.    Certification.

    Kindly docket and file same in your usual manner.  Thank you for your assistance.

                           Very truly yours,

                           Joseph H. Aronson

JHA/ac
Enclosure
cc:    Sol J. Cohen, Esq.
76316.1

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KATERINA LIBRIZZO,<br><br>      Plaintiff<br><br>v.<br><br>THE BERKSHIRE COMPANIES LIMITED PARTNERSHIP d/b/a THE BERKSHIRE GROUP, BERKSHIRE PROPERTY ADVISORS, L.L.C., BERKSHIRE INCOME REALTY, INC., and BERKSHIRE FINANCIAL COMPANY LIMITED PARTNERSHIP,<br>      Defendants. | CIVIL ACTION<br>NO. 05 CV 10918MLW |

**CERTIFICATION**

It is hereby certified that counsel and an authorized representative of the defendants have conferred:

    a. with a view to establishing a budget for the cost of conducting the full course-and various alternative courses-of the litigation;

    b. to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

_____
Joseph H. Aronson, Esq.
McCORMACK & EPSTEIN
One International Place - 7th Floor
Boston, MA 02110
(617) 951-2929

_____
MaryBeth Bloom, Esq.
The Berkshire Group
One Beacon Street, Suite 1500
Boston, MA 02108
(617) 556-1588

76309.1

I HEREBY CERTIFY THAT A TRUE
COPY OF THIS DOCUMENT WAS
SERVED UPON THE ATTORNEY OF
RECORD FOR EACH PARTY BY
MAIL ON   8/22/05
_____