UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

KATERINA LIBRIZZO,

    Plaintiff

v.

THE BERKSHIRE COMPANIES LIMITED PARTNERSHIP
d/b/a THE BERKSHIRE GROUP,
BERKSHIRE PROPERTY ADVISORS, LLC,
BERKSHIRE INCOME REALTY, INC., and
BERKSHIRE FINANCIAL COMPANY LIMITED
PARTNERSHIP,

    Defendants.

**CIVIL ACTION
NO. 05-CV-10918-MLW**

## NOTICE OF CHANGE OF FIRM NAME

**TO THE CLERK AND ALL COUNSEL OF RECORD:**

You are hereby notified that as of September 1, 2005 the firm name and contact information for the attorney for Defendant, **the Berkshire Companies Limited Partnership d/b/a the Berkshire Group, Berkshire Property Advisors, LLC, Berkshire Income Realty, Inc. and Berkshire Financial Company Limited Partnership**, has been changed as follows:

Joseph H. Aronson
Laura G. Ryan
**The McCormack Firm, LLC**
One International Place - 7th Floor
Boston, MA    02110
Ph:    617•951•2929
Fax:   617•951•2672
E-mail: jaronson@mccormackfirm.com
         lryan@mccormackfirm.com

I HEREBY CERTIFY THAT **A TRUE
COPY OF THIS DOCUMENT WAS
SERVED UPON THE ATTORNEY OF
RECORD FOR EACH PARTY BY**

**MAIL ON**   9/16/05

**Defendants, by their attorneys,**

Joseph H. Aronson    [BBO #022070]
Laura G. Ryan      [BBO #653793]
**The McCormack Firm, LLC**
One International Place
Boston, MA    02110
617•951•2929

76778V1
64.20092