UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 05-10918-MLW

| | |
|---|---|
| KATERINA LIBRIZZO<br><br>    Plaintiff<br><br>v.<br><br>THE BERKSHIRE COMPANIES LIMITED PARTNERSHIP, d/b/a THE BERKSHIRE GROUP, BERKSHIRE PROPERTY ADVISORS, L.L.C., BERKSHIRE INCOME REALTY, INC. and BERKSHIRE FINANCIAL COMPANY LIMITED PARTNERSHIP<br><br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFFS' CERTIFICATION OF CONFERENCE PURSUANT TO LOCAL RULE 16.1 (D) (ADDENDUM TO JOINT STATEMENT)**

NOW COMES Sol J. Cohen, attorney for the plaintiff, and hereby certifies that he has conferred with the plaintiff with respect to establishing a budget for the full course of litigation and to consider alternative dispute resolution programs.

By her attorney,

Acknowledgement:

_____
Katerina Librizzo

_____
Sol J. Cohen
BBO # 630776
COHEN & SALES
43 Thorndike Street
Cambridge, MA 02141
(617) 621-1151