UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KATERINA LIBRIZZO,<br><br>      Plaintiff<br><br>v.<br><br>THE BERKSHIRE COMPANIES LIMITED PARTNERSHIP d/b/a THE BERKSHIRE GROUP, BERKSHIRE PROPERTY ADVISORS, L.L.C., BERKSHIRE INCOME REALTY, INC., and BERKSHIRE FINANCIAL COMPANY LIMITED PARTNERSHIP,<br>      Defendants. | CIVIL ACTION<br>NO. 05 CV 10918MLW |

## **SUPPLEMENT TO DEFENDANTS' RULE 26(a)(1) AUTOMATIC DISCLOSURES**

The defendants THE BERKSHIRE COMPANIES LIMITED PARTNERSHIP d/b/a THE BERKSHIRE GROUP, BERKSHIRE PROPERTY ADVISORS, L.L.C., BERKSHIRE INCOME REALTY, INC., and BERKSHIRE FINANCIAL COMPANY LIMITED PARTNERSHIP hereby make the following supplemental disclosures pursuant to Fed. R. Civ. P. 26(a)(1):

## Documents

1. May 13, 2004 e-mail from Katerina Librizzo to Laura Merry, stating that Librizzo was not sure what was going on but that Scott had been pulled out of a meeting and asking Merry to destroy the e-mail.
2. May 13, 2004 e-mail from Katerina Librizzo to Siobhan Lynch discussing Dan meeting with Librizzo's two other supervisors;
3. May 13, 2004 e-mail exchange between Katerina Librizzo and Mark Faron discussing an unidentified employee having difficulty getting into her car;
4. May 12, 2004 e-mail from Katerina Librizzo to Siobhan Lynch stating that Librizzo being nice to one of her supervisors must be "pissing [the supervisor] off. hehe.";
5. May 12, 2004 e-mail string between Katerina Librizzo and Siobhan Lynch in which Librizzo refers to Kelly McCusker as "an idiot" and discussing how Librizzo would like to "bust [McCusker's] balls;"

6.    May 12, 2004 e-mail exchange between Katerina Librizzo and Lisa Tammaro re Librizzo making excuses about why she cannot stay late and work and Tammaro recommending Librizzo just continue to say she has an appointment every time she is asked to stay late:

7.    May 12, 2004 e-mail from Katerina Librizzo to Siobhan Lynch asking Lynch to call Librizzo;

8.    May 12, 2004 e-mail string between Katerina Librizzo and Siobhan Lynch in which Librizzo discusses not liking that Mark and Kelly have become friends because she tells Mark about how she thinks Kelly is fat and ugly and how Librizzo doesn't like her;

9.    May 11, 2004 e-mail string between Katerina Librizzo and Siobhan Lynch in which Lynch asks Librizzo which of Librizzo's co-workers does Librizzo dislike the most and in which Librizzo discusses an e-mail she received from Chris regarding vacations and how Librizzo responded politely, and how that probably annoyed her supervisors and how she "swears [her supervisors] must get off on this shit;"

10.    May 11, 2004 e-mail from Katerina Librizzo to Siobhan Lynch in which Librizzo tells Lynch how much she dislikes Shannon;

11.    May 11, 2004 e-mail from Katerina Librizzo to Lisa Tammaro asking her to call Librizzo.

12.    May 11, 2004 e-mail string between Katerina Librizzo and Siobhan Lynch in which Librizzo discusses hating everyone on her floor at work and how "Shannon kisses everyone's ass";

13.    May 10, 2004 e-mail from Katerina Librizzo to Siobhan Lynch entitled "that little troll over her is so fake I want to puke" in which Librizzo discusses her dislike for Lynch's replacement and sightings she made at work of Lynch's then-boyfriend;

14.    May 10, 2004 e-mail from Katerina Librizzo to Sharon Ward asking Ward to call Librizzo;

15.    May 10, 2004 e-mail from Katerina Librizzo to Siobhan Lynch in which Librizzo tells Lynch that she would love to slap both of her supervisors, how much she dislikes being at work and commenting how her leaving the job was going to happen very soon;

16.    May 7, 2004 e-mail from Kelly McCusker to Katerina Librizzo agreeing with Librizzo that Sarbanes Oxley is not part of her job responsibilities;

17.    May 4, 2004 e-mail from Katerina Librizzo to Siobhan Lynch in which Librizzo states that "Sue and Shannon" are "so chipper its disgusting and fake" and that everyone at work bothers her.

All of the foregoing documents are in the possession of the Berkshire Group, One Beacon Street, Suite 1500, Boston, MA 02108.

Respectfully submitted,
By its Attorneys,

_____
Joseph H. Aronson, BBO # 022070
Michael J. McCormack, BBO # 329680
Laura Ryan, BBO # 653793
McCORMACK & EPSTEIN
One International Place
Boston, MA 02110
(617) 951-2929

78119.1

I HEREBY CERTIFY THAT A TRUE COPY OF THIS DOCUMENT WAS SERVED UPON THE ATTORNEY OF RECORD FOR EACH PARTY BY MAIL ON 10/14/05