UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 05-10918-MLW

| | |
|---|---|
| KATERINA LIBRIZZO | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) |
| | ) |
| THE BERKSHIRE COMPANIES LIMITED PARTNERSHIP, d/b/a THE BERKSHIRE GROUP, BERKSHIRE PROPERTY ADVISORS, L.L.C., BERKSHIRE INCOME REALTY, INC. and BERKSHIRE FINANCIAL COMPANY LIMITED PARTNERSHIP | ) |
| | ) |
| Defendants | ) |

## JOINT STATUS REPORT

NOW COME the parties in the above-entitled matter and report as follows relative to the status of discovery and settlement:

1.   The parties continue to complete the first phase of discovery, including written discovery and conducting depositions of key witnesses. The parties have completed two of the three depositions of the defendant's key witnesses and have scheduled the third for December 1, 2005. Further, the parties have completed one day of the plaintiff's deposition, have agreed to reconvene for the remainder of the plaintiff's deposition.

2.   The parties intend to discuss settlement and alternative dispute resolution at the conclusion of this first phase of discovery and shall report back to the Court with a further status.

2

Respectfully submitted,

For the plaintiff,                                              For all defendants,


Sol J. Cohen   /s/                                        Joseph H. Aronson    /s/
Sol J. Cohen                                                Joseph H. Aronson
BBO # 630776                                              BBO # 022070
COHEN & SALES                                         McCormack & Epstein
43 Thorndike Street                                       One International Place
Cambridge, MA 02141                                 Boston, MA 02110
(617) 621-1151                                              (617) 951-2929

2