UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KATERINA LIBRIZZO,<br><br>           Plaintiff<br><br>v.<br><br>THE BERKSHIRE COMPANIES LIMITED PARTNERSHIP d/b/a THE BERKSHIRE GROUP, BERKSHIRE PROPERTY ADVISORS, L.L.C., BERKSHIRE INCOME REALTY, INC., and BERKSHIRE FINANCIAL COMPANY LIMITED PARTNERSHIP,<br>           Defendants. | CIVIL ACTION<br>NO. 05 CV 10918MLW |

## **DEFENDANTS' PRE-TRIAL DISCLOSURES UNDER RULE 26(a)(3)**

The defendants THE BERKSHIRE COMPANIES LIMITED PARTNERSHIP d/b/a THE BERKSHIRE GROUP, BERKSHIRE PROPERTY ADVISORS, L.L.C., BERKSHIRE INCOME REALTY, INC., and BERKSHIRE FINANCIAL COMPANY LIMITED PARTNERSHIP hereby make the following pretrial disclosures pursuant to Fed. R. Civ. P. 26(a)(3):

**Possible Witnesses**

1. Christopher Nichols;
2. Kelly R. McCusker;
3. Wayne Zarozny;
4. Dan Stravinski;
5. John Callahan, 15 Smith Street, Medford, Massachusetts; and
6. Timothy Bolduc, 32 Maplewood Street, Watertown, Massachusetts.

**Documents**

1. Job posting for Senior Staff Accountant - Portfolio Yield Tracking/Sarbanes-Oxley/ Internal Audit position at Berkshire Group;
2. Berkshire Group Employee Handbook;
3. September 21, 2000 Memo from Chris Nichols to Katerina Librizzo Personnel file, & Wayne Zarozny re "2001 Review Goals" List of established goals for Katerina Librizzo in 2001;
4. September 2000 Annual Evaluation of Katerina Librizzo;
5. September 2002 Annual Evaluation of Katerina Librizzo;
6. September 2003 Annual Evaluation of Katerina Librizzo;
7. Copy of Quarterly filing for Berkshire Income Realty, Inc. for the three months ending September 30, 2003, prepared by Ms. Librizzo with supervisor's corrections and notations;
8. October 22, 2003 e-mail from Katerina Librizzo to Chris Nichols & Kelly McCusker discussing Katerina Librizzo's ability to work enough hours to complete work assignments;
9. October 22, 2003 Memo from Chris Nichols to Katerina Librizzo, Kelly McCusker, Personnel File, & Dan Stravinski concerning Katerina Librizzo's problems with meeting deadlines and her inability or unwillingness to commit sufficient hours to meet deadlines and options regarding her employment;
10. October 22, 2003 e-mail exchange between Katerina Librizzo and Kelly McCusker discussing Katerina Librizzo's ability to work enough hours to complete work assignments, and McCusker ultimately saying she would do Librizzo's work on the quarterly report that was due;
11. October 27, 2003, e-mail from Kelly McCusker to Katerina Librizzo re assigned tasks;
12. October 29, 2003, e-mail from Kelly McCusker to Katerina Librizzo re status of work to be completed;
13. October 30, 2003 Memo from Kelly McCusker to Personnel File, Dan Stravinski and Chris Nichols re "Katerina Librizzo Work Hour's;"

14. October 30, 2003 email from Dan Stravinski to Katerina Librizzo confirming doctors note re working only 40 hours per week with explanation of overtime as essential function of a Senior Accountant position;

15. October 30, 2003 Memo from Kelly McCusker to Personnel File, Dan Stravinski and Chris Nichols re "Katerina Librizzo's Work Performance in Relation to Q3;"

16. October 30, 2003 Memo from Dan Stravinski to Katerina Librizzo re her request to work a reduced workload;

17. November 10, 2003 Letter confirming Katerina Librizzo's notification of family leave with explanation of employees rights and responsibilities regarding family leave;

18. May 12, 2004 Memo from Chris Nichols and Kelly McCusker to Personnel File & Dan Stravinski re "Katerina Librizzo's Termination" containing detailed history of events leading to Katerina Librizzo's 's termination;

19. S-11 Prospectus for Berkshire Income Realty, Inc; and

20. Katerina Librizzo's personnel file.

21. May 13, 2004 e-mail from Katerina Librizzo to Laura Merry, stating that Librizzo was not sure what was going on but that Scott had been pulled out of a meeting and asking Merry to destroy the e-mail.

22. May 13, 2004 e-mail from Katerina Librizzo to Siobhan Lynch discussing Dan meeting with Librizzo's two other supervisors;

23. May 6, 2004 e-mail exchange between Katerina Librizzo and Mark Faron discussing an unidentified female employee who is "like an animal probably" and how its difficult to imagine how she does "the other thing" when she has difficulty just getting into her car;

24. May 12, 2004 e-mail from Katerina Librizzo to Siobhan Lynch stating that Librizzo being nice to one of her supervisors must be "pissing [the supervisor] off. hehe.";

25. May 12, 2004 e-mail string between Katerina Librizzo and Siobhan Lynch in which Librizzo refers to Kelly McCusker as "an idiot" and discussing how Librizzo would like to "bust [McCusker's] balls;"

26. May 12, 2004 e-mail exchange between Katerina Librizzo and Lisa Tammaro re Librizzo not staying late and work and Tammaro recommending Librizzo just continue to say she has an appointment every time she is asked to stay late:

27. May 12, 2004 e-mail from Katerina Librizzo to Siobhan Lynch asking Lynch to call Librizzo;

28. May 12, 2004 e-mail string between Katerina Librizzo and Siobhan Lynch in which Librizzo discusses not liking that Mark and Kelly have become friends because she tells Mark about how she thinks Kelly is fat and ugly and how Librizzo doesn't like her;

29. May 11, 2004 e-mail string between Katerina Librizzo and Siobhan Lynch in which Lynch asks Librizzo which of Librizzo's co-workers does Librizzo dislike the most and in which Librizzo discusses an e-mail she received from Chris regarding vacations and how Librizzo responded politely, and how that probably annoyed her supervisors and how she "swears [her supervisors] must get off on this shit;"

30. May 11, 2004 e-mail from Katerina Librizzo to Lisa Tammaro asking her to call Librizzo.

31. May 11, 2004 e-mail string between Katerina Librizzo and Siobhan Lynch in which Librizzo discusses hating everyone on her floor at work and how "Shannon kisses everyone's ass";

32. May 10, 2004 e-mail from Katerina Librizzo to Siobhan Lynch entitled "that little troll over her is so fake I want to puke" in which Librizzo discusses her dislike for Lynch's replacement and sightings she made at work of Lynch's then-boyfriend;

33. May 10, 2004 e-mail from Katerina Librizzo to Sharon Ward asking Ward to call Librizzo;

34. May 10, 2004 e-mail from Katerina Librizzo to Siobhan Lynch in which Librizzo tells Lynch that she would love to slap both of her supervisors, how much she dislikes being at work and commenting how her leaving the job was going to happen very soon;

35. May 7, 2004 e-mail from Kelly McCusker to Katerina Librizzo agreeing with Librizzo that Sarbanes Oxley is not part of her job responsibilities;

36. May 7, 2004 e-mail from Katerina Librizzo to "Lisa" forwarding earlier e-mail exchange between Kelly McCusker and Katerina Librizzo re Ms. Librizzo not meeting deadlines;

37. May 4, 2004 e-mail from Katerina Librizzo to Siobhan Lynch in which Librizzo states that "Sue and Shannon" are "so chipper its disgusting and fake" and that everyone at work bothers her;

38. May 6, 2004 e-mail exchange between Kelly McCusker and Katerina Librizzo re Ms. Librizzo missing deadlines;

39. May 7, 2004 e-mail string from Katerina Librizzo to Siobhan Lynch in which Librizzo comments on Berkshire staff and complains about her husband;

40. November 4, 2003 letter from Sol Cohen to Dan Stravinski;

41. March 13, 2003, e-mail exchange between Katerina Librizzo to Christina Reale discussing BIR 10-K, and questions Reale had regarding errors in the BIR 10-K;

42. March 14, 2003 email from Katerina Librizzo to Christina Reale discussing BIR 10-K;

43. March 17, 2003 email from Christina Reale to Katerina Librizzo discussing changes to BIR 10-K;

44. March 18, 2003 Katerina Librizzo to Christina Reale discussing changes to BIR 10-K;

45. Work product of Katerina Librizzo which was Exhibit #18 to the September 2, 2005, deposition of Katerina Librizzo;

46. Work product of Katerina Librizzo which was Exhibit #20 to the deposition of Katerina Librizzo;

47. Work product of Katerina Librizzo which was Exhibit #21 to the deposition of Katerina Librizzo;

48. October 24, 2003 Facsimile from MGH Obstetric Associates which was Exhibit #27 to the deposition of Katerina Librizzo;

49. October 29, 2003 Email from Katerina Librizzo to Chris Nichols, Kelly McCusker, & Dan Stravinski discussing Katerina Librizzo inability to work overtime;

50. Plaintiff's Answers to Interrogatories;

51. October 30, 2003 Email from Dan Stravinski to Kelly McCusker discussing Katerina Librizzo's work performance;

52. Account Pros computer screen print outs regarding telephone conversations with Katerina Librizzo dated May 18, 2005 and June 21, 2005;

53. Winter Wyman Computer screen print out regarding Katerina Librizzo with entries dated May 27, 2004 to January 19, 2006;

54. Beacon Hill Staffing records regarding Katrina Librizzo and marked as Exhibit 2 to Mr. Bolduc's Deposition of April 6, 2006;

55. October 29, 2003, e-mail string between Katerina Librizzo and Chris Nichols re status of work to be completed and why certain tasks were not finished by the set deadlines;

56. October 30, 2003, e-mail string between Dan Stravinski and Kelly McCusker re Katerina Librizzo's work performance issues in which McCusker notes she is in the process of writing up a memo that McCusker would like to send to Dan Stravinksi for his review;

57. October 30, 2003, e-mail string between Dan Stravinski and Kelly McCusker re document that McCusker forwarded to Stavinski and Chris Nichols on October 30, 2003, entitled "Katerina.doc" and marked confidential;

58. November 7, 2006, email string between Chris Nichols, Katerina Librizzo and Kelly McCusker, re work deadlines that Katerina Librizzo was expected to meet.

Respectfully submitted,

Defendants,
By their Attorneys,

*/s/ Joseph H. Aronson*
*/s/ Laura G. Ryan*
Joseph H. Aronson, BBO # 022070
Laura G. Ryan, BBO # 653793
THE McCORMACK FIRM, LLC
One International Place
Boston, MA 02110
(617) 951-2929

## CERTIFICATE OF SERVICE

I, Joseph H. Aronson, hereby certify that on May 17, 2006, the foregoing document, Defendants' Pre-Trial Disclosures Under Rule 26(a)(3), which is being filed through the ECF system, was served electronically to the following recipient identified as a registered participant on the Notice of Electronic Filing (NEF):

*Sol Cohen, Esq.*
*Cohen & Sales*
*43 Thorndike Street*
*Cambridge, MA  02141*

*/s/ Joseph H. Aronson*
Joseph H. Aronson

84642.1