UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 05-CV-10918MLW

_____
)
KATERINA LIBRIZZO                           )
                                            )
    Plaintiff                              )
                                            )
v.                                          )
                                            )
THE BERKSHIRE COMPANIES LIMITED             )
PARTNERSHIP, d/b/a THE BERKSHIRE            )
GROUP, BERKSHIRE PROPERTY                   )
ADVISORS, L.L.C., BERKSHIRE INCOME          )
REALTY, INC. and BERKSHIRE FINANCIAL        )
COMPANY LIMITED PARTNERSHIP                 )
                                            )
    Defendants                             )
_____)

## PLAINTIFF'S TRIAL DISCLOSURES

Documents and things

1. Plaintiff's federal tax returns and W-2 forms for 2002-2005.
2. Plaintiff's pay stubs for 2006.
3. Plaintiff's MCAD charge
4. Defendant's MCAD position statement with attachments.
5. 9/13/02 letter from Marlena Federici to plaintiff regarding FMLA leave.
6. Letter dated 11/4/03 from Attorney Sol Cohen to Berkshire, with fax cover sheet and confirmation page dated 11/6/03.
7. 7/22/02 human resources notes relative to meeting with plaintiff.
8. 8/18/03 payroll change form.
9. 11/7/03 letter from Attorney Scott Spelfogel to Attorney Sol Cohen.
10. 11/7/03 e-mail exchanges between Dan Stravinski, Kelly McCusker and Chris Nichols.
11. 11/7/03 letter from Attorney Sol Cohen to Attorney Scott Spelfogel.
12. 11/10/03 letter from Marlena Federici to plaintiff regarding FMLA leave.
13. 11/10/03 letter from Attorney Sol Cohen to Attorney Scott Spelfogel with attachments.
14. 11/7/03 letter from Attorney Scott Spelfogel to Attorney Sol Cohen (containing fax signature with date of 11/10/03).
15. 10/24/03 doctors restriction note.
16. 9/2/99 letter from Berkshire confirming employment.
17. 9/21/00 performance appraisal.
18. 9/21/01 performance appraisal.
19. 9/11/02 self performance appraisal.

20. 8/14/02 doctor's restriction note.
21. 9/11/02 doctor's restriction note.
22. 1/30/03 memo from Wayne Zarozny to plaintiff
23. 9/21/03 performance appraisal.
24. 10/14/03 memo (handwritten) from Dan Stravinski.
25. 10/22/03 memorandum from Chris Nichols to plaintiff.
26. 10/24/03 memorandum from plaintiff.
27. 10/22/03 e-mail exchanges between plaintiff, Kelly McCusker, Chris Nichols and Dan Syravinski.
28. 10/23/03 e-mail exchanges between plaintiff, Kelly McCusker, Chris Nichols and Dan Syravinski.
29. 10/24/03 e-mail exchanges between plaintiff, Kelly McCusker, Chris Nichols and Dan Syravinski.
30. 10/27/03 e-mail exchanges between plaintiff, Kelly McCusker and Chris Nichols.
31. 10/29/03 e-mail exchanges between plaintiff, Kelly McCusker, Chris Nichols and Dan Syravinski.
32. 10/30/03 e-mail exchanges between plaintiff, Kelly McCusker, Chris Nichols and/or Dan Stravinsky.
33. (2) Memoranda dated 10/30/03 from Kelly McCusker and Chris Nichols to personnel file and Dan Stravinsky, provided to plaintiff on 11/7/03.
34. 10/30/03 memorandum from Dan Stravinski to plaintiff.
35. 11/7/03 e-mail exchanges between plaintiff, Kelly McCusker, Chris Nichols and Dan Syravinski.
36. 11/10/03 e-mail exchanges between plaintiff, Kelly McCusker, Chris Nichols and Dan Stravinski.
37. 11/11/03 e-mail exchanges between plaintiff, Kelly McCusker, Chris Nichols and Dan Stravinski.
38. 2003-2004 FMLA used time memorandum.
39. 11/5/03 FMLA application and certification.
40. 1/29/04 FMLA application and certification
41. 2/4/04 e-mail exchange between Chris Nichols and Kelly McCusker
42. 2/16/04 memorandum from Chris Nichols to plaintiff.
43. 2/18/04 memo from plaintiff to Chris Nichols.
44. 5/5/04 e-mail from Kelly McCusker with attached Senior Accountant job description ("List of deliverables").
45. Revised Senior Accountant job description
46. 5/6/04 e-mail from Kelly McCusker
47. 4/6/04-5/7/04 e-mail exchanges between plaintiff and Kelly McCusker.
48. 5/11/04 e-mail from Chris Nichols re: vacation "black out" dates.
49. 5/12/04-5/13/04 e-mail exchanges between plaintiff and Kelly McCusker.
50. 5/12/04 termination memo.
51. 5/13-5/14/04 e-mails exchanges between Kelly McCusker, Chris Nichols and Dan Stravinski.
52. 5/13/04 e-mail exchanges between plaintiff and Marlena Federici.
53. 4/5/04 Job Posting.
54. 2/19/04 letter from Marlena Federici to plaintiff regarding FMLA leave.
55. 9/13/02 payroll change form.

56. Some or all documents disclosed by the defendants in their trial disclosures.

<u>Witnesses</u>

1. Katerina Librizzo
49 Sylvanus Wood Lane
Woburn, Mass.
(Phone number available on request)

2. Christopher Nichols
65 Lake Shore Drive West
Westford, Mass.
(Phone number in defendant's possession)

3. Daniel Stravinski
15 Wilde Road
Wellesley, Mass.
(Phone number in defendant's possession)

4. Kelly McCusker
3007 Barkley Gate Lane
Fairfax, Virginia
(Phone number in defendant's possession)

5. James Librizzo
49 Sylvanus Wood Lane
Woburn, Mass.
(Phone number available on request)

6. Bernadette Fernandes
95 Wood Avenue
Hyde Park, Mass.
617-364-5512

7. Siobhan Lynch
(Address and phone number in defendant's possession)

           For the plaintiff,

           <u>Sol J. Cohen   /s/</u>
           Sol J. Cohen
           BBO# 630776
           COHEN & SALES
           43 Thorndike Street
           Cambridge, MA 02141
           (617) 621-1151

CERTIFICATE OF SERVICE

  I, Sol J. Cohen, attorney for the above-named Plaintiffs, certify that I have served a copy of the above document on the Defendant by first class mail, postage pre-paid, on the 12th day of May, 2006 to the Defendant's attorney at the following address:

Joseph H. Aronson  
The McCormack Firm, LLC  
One International Place, 7th Floor  
Boston, MA 02110

_____  
Sol J. Cohen