UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 05-CV-10918MLW

_____
                                            )
KATERINA LIBRIZZO                           )
                                            )
    Plaintiff                              )
                                            )
v.                                          )
                                            )
THE BERKSHIRE COMPANIES LIMITED             )
PARTNERSHIP, d/b/a THE BERKSHIRE            )
GROUP, BERKSHIRE PROPERTY                   )
ADVISORS, L.L.C., BERKSHIRE INCOME          )
REALTY, INC. and BERKSHIRE FINANCIAL        )
COMPANY LIMITED PARTNERSHIP                 )
                                            )
    Defendants                             )
_____)

### PLAINTIFF'S CERTIFICATION OF CONFERENCE RELATIVE PLAINTIFF'S MOTION TO COMPEL DISCOVERY

    Pursuant to Local Rules 7.1(A)(2) and 37.1, the undersigned attorney for the Plaintiff hereby certifies that on May 15, 2006 and again on May 18, 2006, he requested a discovery dispute conference relative to the issues raised in the motion filed herewith. The defendants failed to respond to the plaintiff's request for such a conference.

                                              For the plaintiff,
                                              By her attorney,


                                              Sol J. Cohen /s/
                                              Sol J. Cohen
                                              BBO # 630776
                                              COHEN & SALES
                                              43 Thorndike Street
                                              Cambridge, MA 02141
                                              (617) 621-1151

## CERTIFICATE OF SERVICE

      I, Sol J. Cohen, attorney for the plaintiff, Katerina Librizzo, hereby certify that on this 20th day of May, 2006, I served a copy of the above document on the defendants in this action, by mailing the same, postage pre-paid to the defendants' attorney at the following address:

Joseph H. Aronson, Esq.
The McCormack Firm
One International Place
Boston, MA 02110

                                                               _____
                                                               Sol J. Cohen