UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KATERINA LIBRIZZO,<br><br>    Plaintiff<br><br>v.<br><br>THE BERKSHIRE COMPANIES LIMITED PARTNERSHIP d/b/a THE BERKSHIRE GROUP, BERKSHIRE PROPERTY ADVISORS, L.L.C., BERKSHIRE INCOME REALTY, INC., and BERKSHIRE FINANCIAL COMPANY LIMITED PARTNERSHIP,<br>        Defendants. | CIVIL ACTION<br>NO. 05 CV 10918MLW |

## DEFENDANTS' SUPPLEMENTAL PRE-TRIAL DISCLOSURE UNDER RULE 26(a)(3)

The defendants THE BERKSHIRE COMPANIES LIMITED PARTNERSHIP d/b/a THE BERKSHIRE GROUP, BERKSHIRE PROPERTY ADVISORS, L.L.C., BERKSHIRE INCOME REALTY, INC., and BERKSHIRE FINANCIAL COMPANY LIMITED PARTNERSHIP hereby make the following supplemental pretrial disclosure pursuant to Fed. R. Civ. P. 26(a)(3):

### Possible Witnesses

1. Jaronid Jimenez, The Berkshire Group, The Berkshire Group, One Beacon Street, Suite 1500, Boston, MA 02108, (617) 646-2300

Respectfully submitted,

Defendants,
By their Attorneys,

/s/ Joseph H. Aronson
/s/ Laura G. Ryan
Joseph H. Aronson, BBO # 022070
Laura G. Ryan, BBO # 653793
THE McCORMACK FIRM, LLC
One International Place
Boston, MA 02110
(617) 951-2929

## CERTIFICATE OF SERVICE

I, Joseph H. Aronson, hereby certify that on May 24, 2006, the foregoing document, Defendants' Supplemental Pre-Trial Disclosure Under Rule 26(a)(3), which is being filed through the ECF system, was served electronically to the following recipient identified as a registered participant on the Notice of Electronic Filing (NEF):

*Sol Cohen, Esq.*
*Cohen & Sales*
*43 Thorndike Street*
*Cambridge, MA  02141*

/s/ Joseph H. Aronson
Joseph H. Aronson

84965.1