UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KATERINA LIBRIZZO,<br>          Plaintiff<br><br>v.<br><br>THE BERKSHIRE COMPANIES LIMITED PARTNERSHIP d/b/a THE BERKSHIRE GROUP, BERKSHIRE PROPERTY ADVISORS, L.L.C., BERKSHIRE INCOME REALTY, INC., and BERKSHIRE FINANCIAL COMPANY LIMITED PARTNERSHIP,<br>          Defendants. | CIVIL ACTION<br>NO. 05 CV 10918MLW |

## JOINT MOTION TO DISMISS DEFENDANTS BERKSHIRE PROPERTY ADVISORS, L.L.C., BERKSHIRE INCOME REALTY, INC. AND BERKSHIRE FINANCIAL COMPANY LIMITED PARTNERSHIP

The plaintiff, KATERINA LIBRIZZO and the Defendants THE BERKSHIRE COMPANIES LIMITED PARTNERSHIP d/b/a THE BERKSHIRE GROUP, BERKSHIRE PROPERTY ADVISORS, LLC, BERKSHIRE INCOME REALTY, INC., and BERKSHIRE FINANCIAL COMPANY LIMITED PARTNERSHIP respectfully request that the following defendants be dismissed without prejudice from this lawsuit: BERKSHIRE PROPERTY ADVISORS, LLC, BERKSHIRE INCOME REALTY, INC., and BERKSHIRE FINANCIAL COMPANY LIMITED PARTNERSHIP, leaving one defendant, The Berkshire Companies Limited Partnership, d/b/a "The Berkshire Group" (hereinafter referred to as "The Berkshire Group." In support of this motion, the parties have attached, as Exhibit A, and incorporated herein by reference, a Stipulation of the Parties.

WHEREFORE the parties ask that defendants listed above be dismissed from this action without prejudice leaving one defendant, The Berkshire Group.

Respectfully submitted,

Sol J. Cohen /s/
Sol J. Cohen, BBO # 630776
COHEN & SALES
43 Thorndike Street
Cambridge, MA 02141
(617) 621-1151

Respectfully submitted,

Joseph H. Aronson /s/
Joseph H. Aronson, BBO # 022070
THE MCCORMACK FIRM
One International Place
Boston, MA 02110
(617) 951-2929

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 05-CV-10918 LTS

| | |
|---|---|
| KATERINA LIBRIZZO<br><br>　　Plaintiff<br><br>v.<br><br>THE BERKSHIRE COMPANIES LIMITED PARTNERSHIP, d/b/a THE BERKSHIRE GROUP, BERKSHIRE PROPERTY ADVISORS, L.L.C., BERKSHIRE INCOME REALTY, INC. and BERKSHIRE FINANCIAL COMPANY LIMITED PARTNERSHIP<br><br>　　Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **STIPULATION OF THE PARTIES**

1. From September 1999 through May 13, 2004, the plaintiff was an employee of The Berkshire Group.

2. The Berkshire Group had more than 15 employees for all calendar years during the plaintiff's employment.

3. The plaintiff's filing of MCAD and EEOC charge of pregnancy and gender discrimination and retaliation against The Berkshire Group was timely under the relevant statute's filing requirements.

4. The plaintiff's claims in this matter are covered by an Employment Practices Liability Insurance policy in favor of Berkshire Realty, referred to as The Berkshire Group. The insurer has not disclaimed coverage.

Respectfully submitted,

| For the plaintiff, | For all defendants, |
|---|---|
| Sol J. Cohen    /s/ | Joseph H. Aronson    /s/ |
| Sol J. Cohen | Joseph H. Aronson |
| BBO # 630776 | BBO # 022070 |
| COHEN & SALES | THE MCCORMACK FIRM |
| 43 Thorndike Street | One International Place |
| Cambridge, MA 02141 | Boston, MA 02110 |
| (617) 621-1151 | (617) 951-2929 |