UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 05-CV-10918 LTS

_____
                                    )
KATERINA LIBRIZZO                   )
                                    )
    Plaintiff                       )
                                    )
v.                                  )
                                    )
THE BERKSHIRE COMPANIES LIMITED     )
PARTNERSHIP, d/b/a THE BERKSHIRE    )
GROUP, BERKSHIRE PROPERTY           )
ADVISORS, L.L.C., BERKSHIRE INCOME  )
REALTY, INC. and BERKSHIRE FINANCIAL)
COMPANY LIMITED PARTNERSHIP         )
                                    )
    Defendants                      )
_____ )

## STIPULATION OF THE PARTIES

1. From September 1999 through May 13, 2004, the plaintiff was an employee of The Berkshire Group.

2. The Berkshire Group had more than 15 employees for all calendar years during the plaintiff's employment.

3. The plaintiff's filing of MCAD and EEOC charge of pregnancy and gender discrimination and retaliation against The Berkshire Group was timely under the relevant statute's filing requirements.

4. The plaintiff's claims in this matter are covered by an Employment Practices Liability Insurance policy in favor of The Berkshire Group. The insurer has not disclaimed coverage.

Respectfully submitted,

For the plaintiff,                                        For all defendants,


<u>Sol J. Cohen   /s/</u>                               <u>Joseph H. Aronson    /s/</u>
Sol J. Cohen                                              Joseph H. Aronson
BBO # 630776                                              BBO # 022070
COHEN & SALES                                             THE MCCORMACK FIRM
43 Thorndike Street                                       One International Place
Cambridge, MA 02141                                       Boston, MA 02110
(617) 621-1151                                            (617) 951-2929