UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 05-CV-10918 LTS

| | |
|---|---|
| KATERINA LIBRIZZO | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) |
| | ) |
| THE BERKSHIRE GROUP | ) |
| | ) |
| Defendants | ) |

**PLAINTIFF'S MOTION FOR DIRECTED VERDICT AS TO ISSUE OF MITIGATION OF DAMAGES**

NOW COMES the plaintiff in this action and respectfully moves for a directed verdict as to the issue of the plaintiff's mitigation of damages. As grounds therefore, the plaintiff states as follows:

In an employment discrimination case like this one, it is the defendant's burden to prove that the plaintiff failed in her duty to mitigate damages by seeking other employment. In order to meet this burden, the defendant must prove the following three elements:

1. that one or more discoverable opportunities for comparable employment were available in a location as convenient as or more convenient than the place of former employment,
2. the plaintiff unreasonably made no attempt to apply for any such job, and
3. it was reasonably likely that the plaintiff would have obtained one of those comparable jobs.

Only if the defendant has proven these facts, should there be any reduction in any back pay award to the plaintiff. *Conway v. Electro Switch Corp.*, 402 Mass. 385, 389, 523 N.E.2d 255

(1988); *Buckley Nursing Home v. MCAD*, 20 Mass.App.Ct. 172, 185, 478 N.E.2d 1292, 1301 (1985); *Black v. Sch. Comm. of Malden*, 369 Mass. 657, 662, 341 N.E.2d 896, 901 (1976).

In this case, the defendant has not proffered any evidence that *any* discoverable opportunities for comparable employment were available in a location as convenient as or more convenient than the place of former employment.

Nor has the defendant proffered any evidence that it was reasonably likely that the plaintiff would have obtained any comparable jobs.

WHEREFORE, the plaintiff seeks a directed verdict on the issue of mitigation of damages, because the defendant has not met its burden on this issue.

For the plaintiff,
By her attorney,

_____
Sol J. Cohen
BBO # 630776
COHEN & SALES
43 Thorndike Street
Cambridge, MA 02141
(617) 621-1151