UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KATERINA LIBRIZZO,<br>          Plaintiff<br><br>v.<br><br>THE BERKSHIRE GROUP,<br>Defendant. | CIVIL ACTION<br>NO. 05 CV 10918MLW |

## THE BERKSHIRE GROUP'S MOTION FOR A DIRECTED VERDICT

Now comes the defendant, the Berkshire Group, and moves at the close of the evidence offered by the plaintiff, Katerina Librizzo, that this Honorable Court direct a verdict for the Berkshire Group on the following grounds:

1. The evidence is insufficient to support a finding that the defendant retaliated against plaintiff where there is no evidence that the decision maker who terminated plaintiff had knowledge of the protected activity that the plaintiff engaged in.

2. The plaintiff has not sustained her burden of proving that the Berkshire Group discriminated against her based on her gender/pregnancy.

3. The plaintiff has not sustained her burden of proving that the Berkshire Group intended to discriminate against her.

4. The plaintiff has not sustained her burden of proving that but for her gender/pregnancy, she would not have been terminated.

5. The plaintiff has not sustained her burden of proving that she was terminated as a direct result of engaging in some protected activity.

6. The evidence does not support an award of punitive damages against the Berkshire Group.

A defendant is entitled to a directed verdict as to a particular claim where, "after being fully

heard on [the] issue [] there is no legally sufficient basis for a reasonable jury to find for the party on that issue . . ." Fed. R. Civ. Proc., Rule 50 (a)(1).   See, also, Mole v. University of Massachusetts, 58 Mass.App.Ct. 29, 31 (2003) ("[t]he defendant is entitled to a directed verdict as to a particular claim where, in treating the evidence and reasonable inferences therefrom in a light most favorable to the plaintiff, there is an absence of support in the evidence of a required element of that claim.")   Here, because plaintiff has failed to present sufficient evidence to support her claims for pregnancy discrimination or retaliation, the Berkshire Group is entitled to judgement as a matter of law on these claims.  Further, because plaintiff has failed to present evidence that would support an award of punitive damages against the Berkshire Group, the Berkshire Group is entitled to a directed verdict on that issue as well.

                              Respectfully submitted,
                              Defendants

                              By their attorneys,

                              Joseph H. Aronson [BBO #022070]
                              Laura G. Ryan    [BBO #653793]
                              **The McCormack Firm, LLC**
                              One International Place - 7th Floor
                              Boston, MA   02110
                              Ph: (617) 951-2929
                              Fax: (617) 951-2672

91143.1