UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| KATERINA LIBRIZZO,<br>    Plaintiff,<br><br>    v.<br><br>THE BERKSHIRE GROUP<br>    Defendant. | CIVIL ACTION NO. 05-10918-LTS |

SOROKIN, MJ

### SPECIAL VERDICT QUESTIONS FOR THE JURY

November 17, 2006

Q.1. Did the Berkshire Group discriminate against Katerina Librizzo on the basis of her pregnancies or gender?

A.1.  Yes _____  No __✓__

**Please answer Q.2.**

Q.2. Did the Berkshire Group unlawfully retaliate against Katerina Librizzo for asserting her right to be free from discrimination?

A.2.  Yes _____  No __✓__

**If the answer to Q.1 and/or Q.2 is "Yes," please answer Q.3.**
**If the answer to both Q.1 and Q.2 is "No," you have reached a verdict.**

Q.3. Is Katerina Librizzo entitled to compensatory damages as a result of the Berkshire Group's actions?

A.3.  Yes _____  No _____

**If the answer is "Yes," please answer Q.4.**
**If the answer is "No," please proceed to Q.5.**

Q.4. Please state the sum of money, if any, that will fairly and reasonably compensate Katerina Librizzo for her damages, broken down as requested below.

A.4. a. Back Pay

_____(Dollars)
(Amount in Words)

$_____
(Amount in Figures)

b. Emotional Distress

_____(Dollars)
(Amount in Words)

$_____
(Amount in Figures)

**Please answer Q.5.**

Q.5. Is Katerina Librizzo entitled to punitive damages?

A.5. Yes _____ No _____

**If the answer is "Yes," please answer Q.6.**
**If the answer is "No," do not proceed any further.**

Q.6.   Please state the amount of punitive damages that you award to Katerina Librizzo.

_____(Dollars)
(Amount in Words)


$_____
(Amount in Figures)

I certify that the foregoing answers are the unanimous answers of the jury.

_____
Foreperson

Dated: 11/17/06

3