UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KATERINA LIBRIZZO,<br>    Plaintiff,<br><br>v.<br><br>THE BERKSHIRE GROUP<br>    Defendant. | CIVIL ACTION NO. 05-10918-LTS |

FINAL JUDGMENT

November 29, 2006

SOROKIN, M.J.

    In accordance with the verdict of the jury rendered on November 17, 2006 it is

ORDERED AND ADJUDGED JUDGMENT FOR THE DEFENDANT on all counts.


                                        /s/ Leo T. Sorokin
                                  UNITED STATES MAGISTRATE JUDGE